## ANDREW WESTBROOK, SUPERVISOR OF HIGHWAYS OF THE TOWNSHIP OF ST. CLAIR, *versus* JOHN THORN

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 257; (2) motion to dismiss overruled, rule to assign errors *p. 287; (3) rule to assign errors extended *p. 305; (4) leave to amend return *p. 307; (5) rule to join in error *p. 337; (6) verbal joinder in error *p. 337; (7) judgment affirmed *p. 369.

PAPERS IN FILE: (1) Petition for certiorari and allowance; (2) affidavit for certiorari; (3) copy of affidavit for certiorari; (4) writ of certiorari; (5) return to writ of certiorari; (6) motion that justice be permitted to amend his return; (7) amended return and copy of journal entry; (8) assignment of errors; (9) extract from executive record showing appointment of Joseph Mené vice Andrew Westbrook; (10) precipe for fi. fa.; (11) receipt for counsel fees; (12) receipt for J. P. costs; (13) receipt for money paid on judgment; (14) letter to clerk.

*1821 Calendar*, MS p. 45. Recorded in *Book B*, MS pp. 97–101.